IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LARRY E. GASTON : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:03-cv-00691 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| MONA PARKS, et al. : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

　　　　Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . the Magistrate Judge's Report and Recommendation (doc. 32) is ADOPTED IN ITS ENTIREY.  Defendants' Motion for Summary Judgment (doc. 31) is GRANTED.  The Clerk is instructed to enter judgment in favor of the Defendants on all claims.


4/27/05                                                                                    James Bonini, Clerk


                                                                                           s/Kevin Moser
                                                                                           Kevin Moser
                                                                                           Deputy Clerk